IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FNU LNU,<br>associated with Fresh Mark Employee<br>Identification Number ***00<br><br>    Defendant. | ) **I N D I C T M E N T**<br>)<br>)<br>) CASE NO. **4:19 CR 682**<br>) Title 18, United States Code,<br>) Section 1028(a)(7)<br>)<br>) **JUDGE NUGENT**<br>)<br>)<br>) |

### COUNT 1
(Unlawful Possession and Use of a Means of Identification, 18 U.S.C. § 1028(a)(7))

The Grand Jury charges:

Between on or about February 13, 2019 and August 14, 2019, on numerous occasions, in the Northern District of Ohio, Eastern Division, Defendant FNU LNU did knowingly possess and use, without lawful authority, a means of identification of another person, R.C. (whose name is known to the Grand Jury), specifically, the name of R.C., with the intent to commit, or to aid or abet, or in connection with any unlawful activity that constitutes a felony under any of State law, to wit: Identity Fraud, in violation of Ohio Revised Code 2913.49(B), and as a result of the offense, Defendant obtained anything of value aggregating $1,000 or more, in violation of Title 18, United States Code, Section 1028(a)(7)

TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.