

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 4:19CR682 |
| | ) | |
| Plaintiff | ) | JUDGE DONALD C. NUGENT |
| | ) | Magistrate Judge George J. Limbert |
| | ) | |
| | ) | <u>WAIVER OF DETENTION HEARING</u> |
| DEMECIO PEREZ PEREZ | ) | |
| | ) | |
| Defendant | ) | |

Demecio Perez Perez, accused of having violated 18 U.S.C. Section 1028(a)(7), being advised of the nature of the charges and of his rights, under advice of counsel, waives in open court his right to a detention hearing and consents that he be held without bail pursuant to Title 18 U.S.C. Section 3142(e) and (i). Defendant reserves the right to revisit the issue of a detention hearing at a later time.

_____
Defendant

_____
Counsel for Defendant

APPROVED:

_____
GEORGE J. LIMBERT
UNITED STATES MAGISTRATE JUDGE