AO 442 (Rev. 11/11) Arrest Warrant

FBI: 11020767

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>FNU LNU,<br>associated with Fresh Mark Employee Identification Number ***00<br><br>*Defendant* | Case No. 4:19 CR 682<br><br>JUDGE NUGENT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* FNU LNU, associated with Fresh Mark Employee Identification Number ***00, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1028(a)(7) Fraud in Connection with Identification Documents

Date: 11/07/2019

*Issuing officer's signature*

City and state: Cleveland, Ohio

Magistrate Judge Thomas M. Parker
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/14/2019, and the person was arrested on *(date)* 1/23/2020
at *(city and state)* Youngstown, Ohio.

Date: 1/27/2020

*Arresting officer's signature* (for HSI)

L. Conyers / USMS
*Printed name and title*